SAMUEL GRAFF, an Infant, by HARRY GRAFF, His Guardian ad Litem, Appellant, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued April 10, 1940; decided April 26, 1940.

*Sigmund Eisenstein* for appellant.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS and LEWIS, JJ. RIPPEY and CONWAY, JJ., dissent on the ground that a question of fact was presented.